UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
EDDY A. WILLIAMS, JR.,                         :

            Plaintiff,                :        <u>ORDER</u>

   -against-                                      :        22 Civ. 9556 (JHR) (GWG)

NCSPLUS INCORPORATED, et al.,        :

          Defendants.                :
-------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      It appears a settlement was initially reached in this case before a volunteer mediator with the S.D.N.Y. mediation program. The parties are directed to confer with one another and determine whether they wish to meet again with the mediator, wish instead to participate in a conference before the undersigned, or wish to proceed in some other manner. On or before June 8, 2023, the parties shall file a jointly-composed letter stating their preferences and any other information pertinent to the best process for reaching a settlement. If the parties prefer to submit the letter by email, they may instead send it to the following email address, GorensteinSettlement@nysd.uscourts.gov.

      SO ORDERED.

Dated: June 1, 2023
       New York, New York

                                                                _____
                                                              GABRIEL W. GORENSTEIN
                                                              United States Magistrate Judge