UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
EDDY A. WILLIAMS, JR.                          :

          Plaintiffs,                    :       ORDER

   -v.-                                                  :
                                                                  22 Civ. 9556 (JHR)(GWG)
NCPLUS INCORPORATED et al.,           :

          Defendants.                   :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The parties have reported that this case has settled. Accordingly, the settlement conference scheduled for July 19, 2023, is cancelled.

      SO ORDERED.

Dated: July 13, 2023
       New York, New York

                                                                             GABRIEL W. GORENSTEIN
                                                                             United States Magistrate Judge